1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
     Fisher & Hayes LLP
3  112 Madison Avenue
   New York, New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION
13

14  | | |
    |---|---|
    | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
    | This Document Relates To:<br><br>*Kenneth r. Newton, as Administrator of the Estate of Barbara A. Jones (deceased), et. al., vs. Pfizer, Inc.,*<br>MDL No. 06-7016: Plaintiff Barbara A. Jones and Kenneth R. Newton | |

21     Come now the Plaintiffs, Barbara A. Jones and Kenneth R. Newton, and Defendant, Pfizer
22
23  Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
24
25
26
27
28

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Barbara A. Jones and**
2  **Kenneth R. Newton's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009    By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN**
**SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: _____March 11_____, 2009    By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 3 0_____, 2009    By: _____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE